♦AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/4/08
       6B

| United States of America | ) |
|---|---|
| v. | ) |
| Anthony Earl Mitchell | ) Case No: 92-60032-001 |
|  | ) USM No: 59994-079 |
| Date of Previous Judgment: 03/11/1993 | ) Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188 (COUNT XIII)__ months is **reduced to** __151 months (XIII)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

COPY SENT
DATE 3-4-08
BY 6B
TO USP (since MCC)

**III. ADDITIONAL COMMENTS**
Defendant was originally sentenced to 188 months of imprisonment on Count XIII and 60 months on Count XIV (to run consecutively to Ct. XIII). The amended sentence results in a reduction from 188 to 151 months on Count XIII. The 60 month sentence on Count XIV, to run consecutively, remains. The sentence reduction ordered above is subject to the prohibition found in U.S.S.G. 1B1.10(b)(2)(C). A 10 day STAY of this Order is hereby imposed.

Except as provided above, all provisions of the judgment dated __03/11/1993__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/03/2008

Effective Date: 03/12/2008
(if different from order date)

_Judge's signature_
RICHARD T. HAIK, SR., CHIEF JUDGE
Printed name and title